UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Bobby E. Burton Jr.      836846

(Enter above the full name of the plaintiff
or plaintiffs in this action).

(Inmate Reg. # of each Plaintiff)

**VERSUS**

CIVIL ACTION NO. 2:14-cv-20687
(Number to be assigned by Court)

Larry G. Doyle Warden

FILED
JUL -7 2014
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

(Enter above the full name of the defendant
or defendants in this action)

## COMPLAINT

I.  **Previous Lawsuits**

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ✓    No ___

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: Bobb Don't Know

   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county);

   Don't Know

3. Docket Number: N/A

4. Name of judge to whom case was assigned:

   N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. Place of Present Confinement: Coffield Unit

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓      No ____

    C. If you answer is YES:

        1. What steps did you take? Step1 the step2

        2. What was the result? no action warranted

    D. If your answer is NO, explain why not: Because of lack of evidence

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Bobby E. Burton Jr - 836846

       Address: Coffield Unit 2661 FM 2054 Tenn. Colony, TX. 75884

    B. Additional Plaintiff(s) and Address(es): ____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Larry G. Doyle

   is employed as: Warden

   at Coffield Unit

D. Additional defendants: _____

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Failure to protect me from allege gang members.

4

IV.     **Statement of Claim (continued):**

Not protecting me.

V.      **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(unit transfer)

V.  **Relief (continued)):**

_____

_____

_____

_____

_____


VII. **Counsel**

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

    _No_____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓       No ____

    If so, state the name(s) and address(es) of each lawyer contacted:

    _Don't Know_____

_____

    If not, state your reasons: _____

_____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes ____       No ✓

If so, state the lawyer's name and address:

_____

_____

Signed this __26__ day of __June__, 20__14__.

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __06-26-14__.
              (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7