# Texas Department of Criminal Justice

## STEP 1 — OFFENDER GRIEVANCE FORM

Offender Name: Bobby E. Burton Jr.  TDCJ #: 836846
Unit: Coffield    Housing Assignment: I118
Unit where incident occurred: Coffield

**OFFICE USE ONLY**
Grievance #: 2014119678
Date Received: 3-31-14
Date Due: 5-10-14
Grievance Code: 660
Investigator ID #: J0846
Extension Date: _____
Date Retd to Offender: APR 1 5 2014

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Unknown Officer    When? 03-17-14
What was their response? I'm going to let his door open so he can kick your ass.
What action was taken? Walked off.

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The inmate told me he would come out and kick my ass when the right officer work. I fear for my life. Officer said when the time is right he will get his door open while I'm on run in handcuffs.

3 2014

---

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

Appendix F

Action Requested to resolve your Complaint. (To File a OPT)

MAR 31 2014

Offender Signature: Bobby E. Bush    Date: 03-31-14

**Grievance Response:**

Your allegations of life endangerment couldn't be substantiated due to a lack of evidence to support your claims.

Signature Authority: _L. Doyle_    Date: 4/15/14

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the offender's health.

Medical Signature Authority: _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

Appendix F



# Texas Department of Criminal Justice
## STEP 2  OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2014119678
UGI Recd Date: APR 1 8 2014
HQ Recd Date: APR 2 4 2014
Date Due: 5-23
Grievance Code: 000
Investigator ID#: ~~144~~
Extension Date: _____

**Offender Name:** Bobby E. Burton Jr.   **TDCJ#** 836846
**Unit:** Coffield   **Housing Assignment:** I-118 I-117
**Unit where incident occurred:** Coffield

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I don't feel comfortable or safe here, my life is in danger here?

I-128 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix G

**Offender Signature:** Bobby E. Burton Jr.     **Date:** 04-17-14

**Grievance Response:**

You were appropriately advised at the Step I level. The Coffield Unit Classification Committee reviewed your allegations on 4/2/14 and indicated no action as your claims could not be substantiated. Your Step II did not contain any additional information that would warrant a subsequent review. Should you be able to provide information to corroborate you allegations, you are encouraged to contact security, Classification, and/or Administration for immediate assistance. There is no indication that the Coffield Administration has failed to address your safety concerns.

**Signature Authority:** Howard B. Howard ARD     **Date:** 05-13-14

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**     CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**2nd Submission**     CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**3rd Submission**     CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___ Screened ___ Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)     Appendix G